1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10
    SANDRA NEAL, on behalf of her minor child
11  R.B.,                                              Case No.  C06-5138 RJB

12              Plaintiff,

                                                       **ORDER DIRECTING PLAINTIFF
13      v.                                             TO SHOW CAUSE**

14  CHRISTINE O. GREGOIRE, Governor of the
    State of Washington; DR. TERRY
15  BERGESON, Superintendent of Public
    Instructions; JAMES F. SHOEMAKE,
16  Superintendent Tacoma School District #10,

17              Defendants.

18

19          This matter comes before the Court *sue sponte* on review of the case file.  It appears that Plaintiff

20  Sandra Neal has filed this action as a *pro se* litigant on behalf of her minor child, without representation

21  by a lawyer, which is not permitted in federal court.  *See Johns v. County of San Diego*, 114 F.3d 874 (9th

22  Cir. 1997).  Moreover, Plaintiff Neal's minor child has not had a *Guardian ad Litem* appointed to

23  represent  his or her interests in this matter, which is required by Fed. R. Civ. Pro. 17(c).  Therefore,

24  Plaintiff Neal should be ordered to show cause, within 21 days of this order, why this case should not be

25  dismissed for failure to comply with the above rules.

26                      **FACTUAL AND PROCEDURAL HISTORY**

27          This dispute arose from the State of Washington's requirement that high school students pass

28  the Washington Assessment of Student Learning (WASL) exam prior to graduation.  On March 15,

ORDER
Page - 1

1   2006, Plaintiff Neal filed a Complaint in federal court, alleging that the WASL exam unfairly

2   discriminates against low income and minority students, and is therefore unconstitutional pursuant to

3   Title VI of the 1964 Civil Rights Act as amended, as well as other sections of the United States

4   Constitution.  Dkt. 1-1, at 2-8.  Plaintiff requests (1) a declaratory judgement that Defendants have

5   violated Title VI of the 1964 Civil Rights Act and/or other rights guaranteed by the United States

6   Constitution, (2) an injunction preventing Defendants from further administering the WASL, (3) an

7   order requiring Defendants to provide "necessary funding and effective curriculum" in order to train

8   Plaintiff's minor child to take the WASL exam, and (4) damages in the amount of $250,000.00 for

9   further remedial training and emotional distress.  *Id.* at 7-8.  On April 5, 2006, Defendants Gregoire

10   and Bergeson filed their Answer, denying all allegations.  Dkt. 17.

11   Plaintiff Neal has filed this action as a *pro se* litigant on behalf of her minor child without

12   retaining a lawyer.  Moreover, Plaintiff Neal's minor child does not have a *Guardian ad Litem* in this

13   matter.  As explained below, both of these conditions must be remedied before this action can

14   proceed.  If Plaintiff Neal is also intending to sue on her own behalf, that is not made clear in her

15   pleadings.

16   **DISCUSSION**

17   A.      A PRO SE LITIGANT CANNOT BRING SUIT ON BEHALF OF HER MINOR CHILD

18   Under Article III of the United States Constitution, a federal court cannot consider the merits

19   of a legal claim unless the person seeking to invoke the jurisdiction of the court establishes the

20   requisite standing to sue.  *Whitmore v. Arkansas*, 495 U.S. 149, 154 (1990).  A litigant demonstrates

21   standing by showing that he or she has suffered an injury that can be traced to the challenged action,

22   which can be redressed by a favorable judicial decision.  *Steel Company v. Citizens for a Better*

23   *Environment*, 523 U.S. 83, 103 (1998).

24   Although a non-attorney may appear *pro se* on behalf of himself, he has no authority to appear

25   as an attorney for others.  *C.E. Pope Equity Trust v. United States*, 818 F.2d. 696, 697 (9th Cir.

26   1987); *Johns v. County of San Diego*, 114 F.3d at 876.  Even a parent or guardian appointed as

27   *Guardian ad Litem* cannot bring an action on behalf of a minor child without being represented by a

28

ORDER
Page - 2

1    lawyer.  *Johns v. County of San Diego*, 114 F.3d at 874.  The Ninth Circuit explained the rationale

2    behind this rule:

3        A litigant in federal court has a right to act as his or her own counsel. ... However, we
         agree with *Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) (per curiam), that a
4        non-attorney parent must be represented by counsel in bringing an action on behalf of
         his or her child.  The choice to appear pro se is not a true choice for minors who under
5        state law, see Fed. R. Civ. P. 1(b), cannot determine their own legal actions.  There is
         thus no individual choice to proceed pro se for courts to respect, and the sole policy at
6        stake concerns the exclusion of non-licensed persons to appear as attorneys on behalf of
         others.
7
         It goes without saying that it is not in the interest of minors or incompetents that they be
8        represented by non-attorneys.  Where they have claims that require adjudication, they
         are entitled to trained legal assistance so their rights may be protected.
9
10   *Id.* at 876 (quoting *Osei-Afriyie v. Medical College*, 937 F.2d 876, 882-83 (3rd Cir. 1991)).

11        Simply stated, when a parent seeks to sue on behalf of his or her child, as in this case, the child

12   must be represented by a licensed attorney.  Therefore, Plaintiff Neal has fourteen days from the

13   issuance of this Order to show cause why this case should not be dismissed for failure to obtain proper

14   legal representation for her minor child.  The Court suggests that the most obvious solution is for Ms.

15   Neal to seek an attorney for her minor child, and have the attorney file a notice of appearance and an

16   appropriate response to this Order.

17   B.    A MINOR CHILD REQUIRES A GUARDIAN AD LITEM

18        A district court has the authority to appoint a *Guardian ad Litem* at any time during the

19   proceedings.  *See* Fed. R. Civ. P. 17(c); *United States v. 30.6 Acres of Land*, 795 F.2d 796, 805

20   (district court may appoint a *Guardian ad Litem* "if it should appear during the course of the

21   proceedings that a party may be suffering from a condition that materially affects his ability to

22   represent himself").  Because this action has been brought on behalf of a minor child, the Court

23   requires the appointment of a *Guardian ad Litem* to protect the child's interests.  In order for an

24   appropriately-qualified person to be appointed *Guardian ad Litem*, he or she must file a proper

25   motion with the Court.

26

27

28

ORDER
Page - 3

1

**ORDER**

2     *Plaintiffs acting pro se are responsible for following orders issued by the Court.  Failure to*

3 *respond to this Order may result in this case being dismissed without further notice.*

4     Therefore, it is hereby

5     **ORDERED** that Plaintiff Sandra Neal may show cause in writing, if any she has, why this case

6 should not be dismissed for (1) failure to obtain appropriate legal counsel for her minor child and (2)

7 failure to obtain a *Guardian ad Litem* for her minor child.  Any response to this Order to Show Cause

8 must be filed in writing on or before May 17, 2006.  Alternatively, Plaintiff will be deemed to have

9 adequately responded to this Order if a lawyer appears for Plaintiff minor, and a motion to appoint a

10 *Guardian ad Litem* is filed by May 17, 2006.  If a response or such documents are not so filed, all

11 claims filed by Plaintiff in this matter may be dismissed without further notice.

12     The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of

13 record and to any party appearing pro se at said party's last known address.

14     DATED this 26th day of April, 2006.

15

16     Robert J. Bryan

17     United States District Judge

ORDER
Page - 4